**Louis Caravetta, appellee, v. Jack Ossola, appellant. Gen. No. 29,067.**

Action for breach of contract in sale of merchandise. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed. Opinion filed December 24, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. Litsinger, Healy & Reid, for appellee.

Mr. Justice Thomson delivered the opinion of the court.